**No. 10-10194. C. Keith LaMonda, Petitioner v. United States.**

563 U.S. 1026, 131 S. Ct. 2942, 180 L. Ed. 2d 234, 2011 U.S. LEXIS 4024.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 384 Fed. Appx. 944.

**No. 10-10197. Andres Castro-Fonseca, Petitioner v. United States.**

563 U.S. 1026, 131 S. Ct. 2943, 180 L. Ed. 2d 234, 2011 U.S. LEXIS 4086.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 423 Fed. Appx. 351.

**No. 10-10200. Kevin Myell Slade, Petitioner v. United States.**

563 U.S. 1026, 131 S. Ct. 2943, 180 L. Ed. 2d 234, 2011 U.S. LEXIS 4079.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 631 F.3d 185.

**No. 10-10202. Lonnell Staton, Petitioner v. United States.**

563 U.S. 1026, 131 S. Ct. 2943, 180 L. Ed. 2d 234, 2011 U.S. LEXIS 4164.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 393 U.S. App. D.C. 215, 626 F.3d 584.

**No. 10-10203. Demetrius S. Rankin, Petitioner v. United States.**

563 U.S. 1026, 131 S. Ct. 2943, 180 L. Ed. 2d 234, 2011 U.S. LEXIS 4027.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 480 Fed. Appx. 750.

**No. 10-10212. Ted James Johnson, Jr., Petitioner v. United States.**

563 U.S. 1026, 131 S. Ct. 2943, 180 L. Ed. 2d 234, 2011 U.S. LEXIS 4129.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 405 Fed. Appx. 746.

**No. 10-10219. Henry Keeler Redlightning, Petitioner v. United States.**

563 U.S. 1026, 131 S. Ct. 2944, 180 L. Ed. 2d 234, 2011 U.S. LEXIS 4036.

May 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 624 F.3d 1090.